FILED

MAR 16 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY BT
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Plaintiff** Lowell Green #00518622

SA23CA0347XR

**V.** **Case No.**__________________

**Defendant** UTMB, et al.

---

Please see Complaint
Attached

1. Green v. State, 05-89-01170-CR Page 1 of 10

(UNITED STATES FBI REPORT CAN/CONVICT)

"Treason" is a high Crime Committed by the State of Texas and its "Corrupt" agents without (Subject matter-Jurisdiction) over the "Corpus delicti" that is to say the "body of the crime" where of the Crime [shall] have been Committed on the sea or land. This is the [illegible] foundation of the venue jurisdiction and subject matter of the Court. 291st District Court of Dallas County, STATE OF TEXAS. "Corporation." Article XI, § 1 of the Texas Constitution. Case 1:22-CV-353 (D.C. May 13, 2022) Judge Trevor N. McFadden Granted (IFP) to LOWELL DELQUINCY GREEN (Oct. 1982) 291st Dist Court of Dallas County Texas Cause no. F82-90247-RY September 21, 1982 B/M DOB: May 13, 1965 15 years. Aggravated Robbery- SID-TX 03036024. The State of Texas (Never) had (Subject Matter-Jurisdiction) to impose a

Page 1. see other side.

5years: Nov. 17, 1982 Cause no. F82-9024-RU Grand Jury (omitted) Lowell Quincy Green the (nature flesh in blood) and the United States Currency value according to the (FBN Agency Case D7689862182

2.) Ms. Angela D. Caesar, Clerk, Judge Sullivan, Judge Boasberg. Judge Emett, U.S. District Court for the District of Columbus 333 Constitution Ave., N.W. Washington, D.C. 2001. "Lied" to Congress after they took the Oath, which means they Committed "Treason" to the United States Constitution Fourteenth Amendment (AMENDMENT XIV) (Ratified July 9, 1868) Section 1. All persons born or naturalized in the United States, are Citizens of the States. Corporation Title 28 usc 3002 (15) (A) Take Judicial Notice the informa pauper TRUST FUND ACCOUNT STATEMENT: OFFENDER:

LOWELL DEQUINCY GREEN Approved Trevor N. McFadden under Oath or Treason, Case 1:22-cr-353 May 13, 2022 Art. III. § 3 of the United States Constitution explicit was written by Congress. not law-level judges (politic's) on the bench exercising illegal power(s) which they should been aware of each other's betrayal: "unclean hands". 20-2478 Dec Oct. 6, 2021) James E. Boasberg, United District Judge Article III of the States Constitution. A plaintiff has standing. § 1983 Action Pro Se. Only (natural) person Lowell Quincy Green may qualify for treatment in forma pauperis under 28 U.S.C § 1915. See Rowland v. Cal. Men's Colony. 506 U.S. 194, 199-209 (1993). An artificial entity, such as an association of inmates, is not a person under under § 1915 and therefore

Page 3. Please see other side

may not proceed in forma pauperis in a §1983 suit against state correction Officers. See id. 99-10322 Lowell Delviney Green (Oct. 1980) Texas Youth Commission (TYC) Gidding State Reformatory School. Aggravated Robbery Cause no. F82-90247-RK 291st District Court of Dallas County, Texas [illegible] USDC NO. 3:18-cv-1459-M-BK (N.D. Tex. Dallas Division) May 29, 2018, 28 USC § 2254 Green v. Director Lorie Davis, Texas Dept. Of Corrections violating the United States Constitution Thirteenth Amendment ( PDR-0592-90) [illegible]

(3.) Dallas Fifth District of Texas, (05-89-01170-CR) June 11, 1990 Justice Thomas Baker talking about unauthorized use of an automobile [illegible] Nov. 19, 1986 Cause No. F86-69827-LV, 292nd District Court of Dallas County, Texas, but

he did not describe the Bank Truck. Cause no. F86-69827-LV. The Fifth Circuit, 19-10322 (treason) USDC Number 3:18-cv-1459-M-BT (Judge Barbara M.G. Lynn, life-tenure "unclean hands") with Magistrate Judge Rebecca T. Rutherford aiding Texas Attorney General Ken Paxton (~~[illegible]~~ illegality)

(4) Angela ~~[illegible]~~ Caesar, Clerk signed her own name for the FBI to "impeach" you corrupt, lying judges playing on the "WE THE PEOPLE" under False Oath(s) hypocrites and all "white" judges, now you are mad at the black slave, because he "exposed" your "Dirty" hands from slavery ~~[illegible]~~ District of Columbia "horrors" inflicted upon black babies, black

 See other side

Women, and black men, You "STOLE".

(5) You have the nerve to act like God, you ain't nothing, but satan, read your Bible, it describes "You."

(6.) You do not "fear" God, because you do not have a "Soul." You are heartless, Merciful, look at this world, you people are destroying this world and you hate too hear the truth from a Black Man, Martin Luther King Jr,

(7) You Killed, Malcomb X You Killed,

(8). Lowell Quincy Green You will eventually Kill because it is who you white ("Murder's"),

(9.) Read Your Bible, My God said "Tell The Truth And It will set You Free. INTERNATIONAL CHRISTIAN

COLLEGE and SEMINARY P.O. BOX 530212 DEBARY, FL 3275-0212 Providing Educational Excellence Since 2007 Website http://icscampus.org. January 5, 2017 Lowell Green# 518622 Dear Lowell, "Now Faith is being sure of what we hope for and certain of what we do not see." (Hebrews 11:1) Lowell, Congratulations on completing your Associate's Degree. You are an amazing student. I enjoyed reading your work. ~~[illegible]~~ We will send your certificate and transcript once we receive your payment in full. Pastoral Ministry Associate Degree. USDC No. 1:22-cv-353 and 20-02478, William McCorkle PhD, ~~[illegible]~~ how can LOWELL DEQUINCY GREEN, Owe Federal Court Fee's $2,176.00?, Filed Over 100 Civil Rights Law Suits, but have "not" seen one Judge? Something is terribly wrong!

Page 7. See other side

I need some help From Congress and the Church because the judiciary is violating GOD LAWS which HE gave to Moses on the mountain.

Exodus 1:1-4:31.

(10) No judge is higher than my God, I do not have to obey the judge (s) illegal orders which he or she can enforce, because they are trespassing, on the case and person, once they failed too uphold their Oath, they themselves became "criminals" on the bench,

(11) "He without sin", shall cast the first stone, with all due respect any judge sitting on the bench under Oath lying

shall immediately disqualify himself or herself for inability, 19-10322 Barbara M.G. Lynn, Rebecca T. Rutherford, Jane J. Boyle, Ramona Oliver Harris, Irma Carrillo Ramirez, Karen G. Mitchell, and himself Ed Kinkeade, Sam Cummings, Jr, David L. Horan, A. Joe Fish, Reed O'Connor's, Mark T. Pittman, John McBride USDC NO. 3:19-CV-1459-M-B to Rule by Law, [illegible] to preserve, protect and defend the United States Constitution and the State of Texas Constitution. To do less amounts to dereliction of duty and subordination of a tyranny government.

(12) The Smithsonian Institution National Association Membership. Case 5:23-CV-00208 Lowell Quincy Green

Page 9. see other side

v. United States of America, et al. (W.D. Tex. San Antonio March 2023) (Judge Olando L. Garcia) Lowell Quincy Green Account #367109585

(13) The Smithsonian Institution. David Skorton, Secretary will accept My $1.25 Million Dollars from the United States Congress As A RIGHT TO SUE Federal agents for violating their own Oath. (Green v. June J. Boyle, et al. 3:20-0365 (N.D. Tex. Jan. 08, 2021) hypocrites

(14) 42 USC § 9613(a)(2) Congress Mandate Collateral Estoppel. Pay To The Order of Lowell Q. Green. Now I declare and verify under penalty of perjury the fore going information is true and correct. 28 USC §1746 Lowell Q. Green, Judge Olando L. Garcia, or Treason.

(15) Filed 3/14/2023.

(1) Lowell Green v. J. Torres. Mailroom Supervisor Cause no. (2) F82-90247-RN, VOID! CASE (20) 3:21-cv-3190 Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
262 W. Nueva, Suite 1 - 400
San Antonio, Texas 78207

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

(2) 291 st District Court of Dallas County, Texas (37537) Bernal Drive, Dallas, Texas Oct. 1980 Aggravated Robbery (illegal restraint) Parole Board

March 7, 2023

(3) Lowell Green
#00518622
Connally Unit
899 FM 632
Kenedy, TX 78119
Lowell Dequincy Green-SID-TX03036024

RE: Case #5:23-cv-00277-JKP

(3) Dear Mr. Green: The Clerk (Shall) Cease Treason,

Your Complaint was filed in our office on 3/1/2023 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By BT
Deputy Clerk

Do Your Ministrial Duties, stop your politics.

(4) If this pleading is not address to you, common sense it is not for you.

(5) The FBI will charge you will trying to Rule congress,

page 1. see other side

6. Plaintiff incorporate paragraph 1 Defendant "J. Torres" accepted The State of Texas v. Lowell DEQUINCY GREEN, "not Lowell Quincy Green (natural flesh in blood citizen of the United States of America. Moreover, Cause no. F82-9024-RW, filed originally Green v. Parole Board, et al. No. 6:18-cv-259 (E.D. Tex. Tyler Aug. 10, 2018) (John D. Love) Magistrate held the indictment in his "unclean" hands Cause no. F82-9024-RW (omitted), the property to wit: purse, rendered the indictment (void) October 1990 (illegal) restraint (Double Jeopardy) U.S. Const. amend. 5, 14,

Relief Demanded:

(A) Plaintiff Demand $7.25 Million Dollars and Release as a Right 18 U.S.C. § 2246

(B) NO delay: 42 U.S.C. § 1985(2)(3)

(5:23-cv-227) Lowell Green 3/14/2023

# Texas Department of Criminal Justice

MEDICAL DEPT 4:19-CV-04635

# STEP 1 OFFENDER GRIEVANCE FORM

Green V. UTMB, and Mclennan Co,

OFFICE USE ONLY

Grievance #: 2023051998

Date Received: JAN 06 2023

Date Due: 02.15.2023

Grievance Code: 003

Investigator ID #: L1730

Extension Date:

Date Retd to Offender: MAR 07 2023

Offender Name: Lowell Green TDCJ # 518622

Unit: Connally Housing Assignment: 12-A-44 8631.51.B

Unit where incident occurred: Connally

3) USDC NO. 4:19-CV-04635 (Clerk) Return

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

4) Who did you talk to (name, title)? Several Correctional Officers When? Everyday

What was their response? They refuse to honor my request(s)

What action was taken? I am taking action by Grievance..

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

5) I have explained to several Correctional Officer(s) my mental health issue(s) from Mental Health Professionals (Documented) Experts Dr. Baker Mclennan County Mental Health (Mental Illness) Risperidone, Dr. Marks (Incompetency) (Dr. Carter) (Insanity), LVN Kim Rhindfluish. Mclennan County Jail Facility TEXAS UNIFORM HEATLH STATUS UPDATE FORM "MUST ACCOMPLISH" OFFEDER TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES (March 24, 2012 - Dec. 31, 2013) Scanned by HALL PHILIP A LCA in Facility GURNEY (ND) on 01/02/2014 14:13, and Byrd Unit Mental Health 01/06 2014 (UTMB) MH - PSYCH CLINIC 01/27/2014 Correctional Managed Care SHERRY CARTER. RDA (01/07/2014 10:30... BILL CLEMENS UNIT/ JAMES V. ALLRED UNIT TEXAS TECH MEDICAL BRANCH BARBARA J. BAYER, TRAZODONE 50MG TABLET 12/15/2014 MENTAL HEALTH Crisis Management. J. Sutterfield QMHP, MENTAL HEALTH SERVICES, (12/15/14) @ 14:37 MICHEAL P. SCHULZ MH OP ASSESSMENT/EVALUTION "Security referral: Offender advised he is going to kill other inmates and then kill himself!" Diagnosis bipolar i disorder nos (12/15/14. 02:55PM

I-127 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Appendix F

Page 2 of 5

Coffield Unit Mental Health (Zoloft) offender placed in Ad/Seg Escape Risk 2/16/2016 — Polunsky Unit. (UTMB) LVN April Persinger (Medical Dept) Oct. 2018 (Escape Risk/staff Assaultive). — Ramsey I Unit (Mental Health Scoggins). Huntsville Administration was notified by U.S. MARSHAL'S that Offender is going to Kill the Warden (5/2022), Offender transferred (6/21/2022) Connally Unit. PD-22, Rule 23, ISSUES: Deliberate Indiffence (6/21/2022 - 1/5/2023) Warden Davis (refused) offender (Classification interview), Offender has stated that he will kill any Callie Capt. Wolford Sgt. Thomas Capt. White, Officer Ramos, Officer Amador, Sgt. Merry (Disciplinary)

**Action Requested to resolve your Complaint.**

I request Mental Health (help), not Corporal Punishment!

**Offender Signature:** Lowell Green **Date:** 1/5/2023

**Grievance Response:**

**Offender Green, upon further review of your medical record, it indicates that you were seen on 01/06/2023 by Mental Health and denied suicidal/homicidal ideations at that time. Access to care was appropriately provided. As a reminder of the proper grievance process, please submit an I-60 to the medical administrator for medical concerns. It takes 14 days or less to receive a response via I-60 versus 45 days to receive a grievance response.**

(5) The United States Constitutional Eighth Amendment (FALSE IMPRISONMENT) (illegal)

**Signature Authority:** DEBRA GLOOR Senior Practice Manager UTMB Correctional Managed Care Debra Gloor, SPM **Date:** 03/01/23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #:
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature:

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:

**OFFICE USE ONLY**

Initial Submission UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:
**2nd Submission** UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:
**3rd Submission** UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:
Date Returned to Offender:

(6) Lowell Dequincy Green, (5/23/1989) (05-F8-01-170-CR) Fifth Court of Appeals Dallas Texas, No. Cause No. "NO" Conviction (3753) Bernal Drive Dallas Texas 75212, TDC Reg. 8/28/1989, TDC# 516622 (REASON)

Page 2

Estelle v. Gamble, 429 U.S. 97, 105 (1976) ("intentionally interfering with the treatment once prescribed,"

(8) Green v. "PILL NURSE" (3/13/2023) (deficient medical records illegal TDC#518622, TDC # 1907635 (3/25/2014;

(9) # 1921278 (FRAUDULENT) CONCEALMENT. Madrid v. Gomez, 899 F.Supp. 1146, 1254 (N.D. Cal. 1995) (citing "utterly deficient" medical recordkeeping in finding constitutional violation); Ruiz v. Estelle, 503 F.Supp. 1265, 1323-24, 1331 (S.D. Tex. 1980) aff'd in part, rev'd in part on other grounds, 679 F.2d 1115 (5th Cir. 1982.) (bipolar disorder) (Mental Illness) (Dr. Baker) (Dr. Marks Incompetency) (Dr. Carter Insanity) Green v. UTMB, Texas Tech (Michael P. Scholz ACP on 12/15/2014 Allred (JN) Mental Health Triage Interview. Page v. Norvell, 186

F. Supp. 2d 1134, 1136 (D. Ore. 2000) (noting lack of dispute that prisoner with diagnosis bipolar disorder and with great anxiety had a serious need) The Rehabilitation Acts and the Americans with Disabilities Act. Mental Impairments 42 U.S.C §§ 10801-10851. 42 U.S.C § 10803. Under the statute." individuals with a mental illness. or emotional impairment (A) (B) (i) (1); Ruiz v. Estelle 37 F. Supp. 855. 915 (S.D. Tex. 1999) (holding " administrative segregation is being utilized unconstitutionally to house mentally ill inmates - inmates whose illness can only be exacerbated by the depravity of their confinement") rev'd and remand on other grounds, 243 F.3d 941, (5th Cir. 2001) adhered to on remand, 154 F. Supp. 2d 975. 984-86 (S.D. Tex. 2001),

([illegible]) ([illegible]) [illegible] Mental Illness, [illegible] Authority American with Disability Act, Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 (Mental Illness) (No Parole until 2050 without a valid Conviction under Lowell Dequincy Green (False).

([illegible]) [illegible] [illegible] [illegible] [illegible] [illegible]

(10) (Cirrhosis Liver) (ADA) Qualified for Public Benefits. Thompson, 295 F.3d 890, 895 (9th Cir. 2002) Toyota Motor Manufacturing, Kentucky v. Williams, 534 U.S. 184, 202 (2002).

12. Plaintiff sue's the Corporation [illegible] UTMB [illegible] for False imprisonment, the Mexican Female ("Pill Nurse") Ra bay (3/13/2023) is a defendant Lowell Green $7,25 Million Dollars.