# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LOWELL GREEN, TDCJ #00518622** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **SA-23-CV-00347-XR** |
| **v.** | § | |
| | § | |
| **UTMB, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Green's presumed request to proceed *in forma pauperis*, dismissing his Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Green's presumed request to proceed IFP is **DENIED** and his Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 22nd day of March, 2023.

_____
Xavier Rodriguez
United States District Judge